UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 15mj 03635-AOR

UNITED STATES OF AMERICA

vs.

ALAIN RODRIGUEZ-KERR,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
MIESHA SHONTA DARROUGH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 17238
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9368
FAX (305) 530-7976

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Alain Rodriguez-Kerr,<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 15 mj 03635 AOR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 28, 2015__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatened to assault or murder an employee of the United States. |

This criminal complaint is based on these facts:
PLEASE SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Emilio Hernandez, FPS
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12/29/2015

_Judge's signature_

City and state: Miami, Florida

Alicia Otazo-Reyes, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Emilio Hernandez, a Special Agent with the Federal Protective Service ("FPS"), in Miami, Florida ("Your Affiant"), being duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Federal Law Enforcement Officer since January 2, 1996, and currently serve as a Special Agent with the Department of Homeland Security's Federal Protective Service (FPS). I have been so employed for approximately seventeen years and have worked as a criminal investigator since August 29, 1999. I have previously worked as a uniform police officer for the Federal Protective Service for approximately three years at the Miami Field Office. Furthermore, I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program, where I was trained in the investigative process.

2. This affidavit is submitted in support of a criminal complaint against Alain Rodriguez-Kerr ("RODRIGUEZ-KERR"). As explained below, I respectfully submit that there is probable cause to believe that, on December 28, 2015, in Miami-Dade County, in the Southern District of Florida, RODRIGUEZ-KERR threatened to assault or murder an employee of the United States, in violation of Title 18, United States Code, Section 115(a)(1)(B).

3. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest RODRIGUEZ-KERR for the violation described above.

1

## PROBABLE CAUSE

4. On December 28, 2015, at approximately 2:00 p.m., RODRIGUEZ-KERR entered the U.S. Social Security Administration ("SSA") office located at 1251 NW(E.A) aor 36 ST, Miami, Florida, and was assisted by SSA representative "D.C." RODRIGUEZ-KERR stated that he needed home assistance, but SSA representative D.C. did not understand what RODRIGUEZ-KERR meant by home assistance. SSA representative D.C. checked the computer records to see if there was any information in the system regarding RODRIGUEZ-KERR. While SSA representative D.C. was checking the records, RODRIGUEZ-KERR told D.C. in Spanish to "F... off" and he walked away. RODRIGUEZ-KERR came back a short time later and sat back down in front of D.C.'s window and stated in Spanish, "You know what you have to do, and you have the number to call whoever you have to." RODRIGUEZ-KERR then stood up, leaned towards D.C., and stated in Spanish, "I'm going to shoot you," as he used his right hand to form the shape of a gun. D.C. backed away, closed his window, and contacted the Protective Security Officers assigned to that SSA office. Other SSA employees nearby heard the threat as well.

5. Post-*Miranda*, RODRIGUEZ-KERR stated he went to SSA to open a case and became upset after he was transferred from window to window. He admitted he threatened to shoot the employee, and he demonstrated for law enforcement how he used his right hand to form the shape of a gun.

6. Prior to concluding the interview, your Affiant asked RODRIGUEZ-KERR if there was anything he wanted your Affiant to tell the Assistant United States Attorney and RODRIGUEZ-KERR responded in Spanish, "Even she is going to get lead."

## CONCLUSION

7.  Based on the information contained in this affidavit, I believe that sufficient probable cause exists to determine that RODRIGUEZ-KERR threatened to assault or murder a United States employee, in violation of Title 18, United States Code, Section 115(a)(1)(B).

Respectfully submitted,

_____
EMILIO HERNANDEZ, SPECIAL AGENT
FEDERAL PROTECTIVE SERVICE

Subscribed and sworn to before me on December 29, 2015.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

3